01
02
03
04
05
06                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
07                              AT SEATTLE

08  UNITED STATES OF AMERICA,        )   CASE NO. MJ 09-168
                                      )
09          Plaintiff,                )
                                      )
10          v.                        )
                                      )   DETENTION ORDER
11  CECIL J. HODGIN,                  )
                                      )
12          Defendant.                )
                                      )
13

14  Offense charged: Possession of False Identification Documents; Production of False

15  Identification Documents; Aggravated Identity Theft

16  Date of Detention Hearing: April 28, 2009

17      The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

18  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

19  that no condition or combination of conditions which defendant can meet will reasonably assure

20  the appearance of defendant as required and the safety of other persons and the community.

21      FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

22      (1)    Defendant comes before this court pursuant to a Writ of Habeas Corpus Ad

Prosequendum, having been previously held in the custody of the State of Washington at the Regional Justice Center. Therefore, the question of detention is essentially moot, since defendant would be returned to the custody of the state if not detained.

(2) Defendant was not interviewed by Pretrial Services. There is no available background information.

(3) Defendant poses a risk of nonappearance due to his custody status, lack of available background information, and the nature of the instant offense. He poses a risk of danger due to the nature of the instant offense.

(4) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 28th day of April, 2009.

Mary Alice Theiler
United States Magistrate Judge