1

2

3

4

5

6                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
7                                   AT SEATTLE

8   UNITED STATES OF AMERICA,

9                          Plaintiff,          Case No. CR09-351-JLR

10        v.                                   **PROPOSED FINDINGS OF FACT
                                               AND DETERMINATION AS TO
11  CECIL J. HODGIN,                           ALLEGED VIOLATIONS OF
                                               SUPERVISED RELEASE**
                           Defendant.
12

13                                  INTRODUCTION

14      I conducted a hearing on alleged violations of supervised release in this case on May 12,

15  2011.  The defendant appeared pursuant to a warrant issued in this case.  The United States was

16  represented by Andy Colasurdo, and defendant was represented by Jeffrey B. Coopersmith.  Also

17  present was Senior U.S. Probation Officer Jennifer Tien.  The proceedings were digitally

18  recorded.

19                            SENTENCE AND PRIOR ACTION

20      Defendant was sentenced on February 1, 2010 by the Honorable James L. Robart for Bank

21  Fraud.  He received 8 months of detention, and 5 years of supervised release.  On October 18,

22  2010, the Court signed a no action request after Mr. Hodgin admitted to using methamphetamine

23  shortly after his release from custody.

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE - 1

PRESENTLY ALLEGED VIOLATIONS

In a petition dated April 20, 2011, Senior U.S. Probation Officer Jennifer Tien alleged that defendant violated the following conditions of supervised release:

1.    Using methamphetamine on or before October 6, 2010, in violation of standard condition number 7.

2.    Using methamphetamine on or before April 6, 2011, in violation of standard condition number 7.

3.    Failing to report for drug testing on January 10, 2011m; April 4, 2011; April 18, 2011; and April 19, 2011, in violation of the special condition of drug aftercare.

4.    Failing to report to the probation officer on April 19, 2011, in violation of standard condition number 2.

FINDINGS FOLLOWING EVIDENTIARY HEARING

Defendant admitted the above violations, waived any hearing as to whether they occurred, and was informed the matter would be set for a disposition hearing on June 6, 2011 at 10:00 a.m. before District Judge James L. Robart.

RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release as alleged above, and conduct a disposition hearing.

DATED this 12th day of May, 2011.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE - 2