**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CECIL J. HODGIN,<br><br>　　　　　　　Defendant. | NO. CR09-351-JLR<br><br>SUMMARY REPORT OF<br>U.S. MAGISTRATE JUDGE AS<br>TO ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

　　　　An evidentiary hearing on a Petition for Violation of Supervised Release and an initial hearing on Supplemental Violations were held before the undersigned Magistrate Judge on December 18, 2012. The United States was represented by Assistant United States Attorney Andy Colasurdo, and the defendant by Jeffrey B. Coopersmith.

　　　　The defendant had been charged and convicted of Bank Fraud, in violation of 18 U.S.C. § 1344. On or about February 1, 2010, defendant was sentenced by the Honorable James L. Robart, to a term of 8 months in custody, to be followed by 5 years of supervised release.

　　　　The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in substance abuse and mental health programs, financial disclosure, $4,886.63 restitution, submit to search, no new lines of credit, and no identification except in his legal name.

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 1

In a Petition for Warrant or Summons, dated August 3, 2012, U.S. Probation Officer Felix Calvillo, Jr. asserted the following violations by defendant of the conditions of his supervised release:

1. Using methamphetamine on or before 05/24/12 and 05/29/12, in violation of the general condition of supervision to refrain from unlawful use of a controlled substance and standard condition #7.

2. Failing to report for drug testing on 06/15/12, 06/21/12 and 07/09/12, in violation of the special condition of drug aftercare.

In a Supplemental Violation Report dated December 14, 2012, U.S. Probation Officer Felix Calvillo, Jr. asserted the following violations by defendant of the conditions of his supervised release:

3. Failing to submit a written report to the U.S. Probation Office, as directed, for the months of October and November 2012, in violation of standard condition #2.

4. Failing to report for drug testing on 11/19/12 and 11/30/12, as directed, in violation of the special condition of drug aftercare and standard condition #2.

5. Failing to make $75.00 monthly payments towards restitution since 05/01/12, in violation of the general condition and the special condition of supervised release.

On August 29, 2012, defendant made his initial appearance on alleged violations 1 and 2. Defendant was advised of the allegations and advised of his rights. On December 18, 2012, defendant appeared for an evidentiary hearing on alleged violations 1 and 2, and made his initial appearance on supplemental violations 3, 4 and 5. Defendant was advised of the alleged supplemental violations. Defendant admitted violations 1, 2, 3, 4 and 5.

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 2

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violations 1, 2, 3, 4 and 5, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable James L. Robart on January 28, 2013 at 1:30 p.m.

Pending a final determination by the Court, the defendant has been released, subject to supervision.

DATED this 18th day of December, 2012

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

cc:  District Judge:        Honorable James L. Robart
     AUSA:                  Andy Colasurdo
     Defendant's attorney:  Jeffrey B. Coopersmith
     Probation officer:     Felix Calvillo, Jr.

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 3